CELLINO & BARNES, P.C.
Attorneys for Plaintiff
350 Main St., 25th Floor
2500 Main Place Tower
Buffalo, New York 14202
(716) 854-2020

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 09-0107 CRB<br><br>MDL NO. 1699<br><br>District Judge: Charles R. Breyer |
| CYNTHIA A. KIERNAN,<br><br>               Plaintiff,<br>vs.<br><br>PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC,<br>               Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, CYNTHIA A. KIERNAN, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED:  June 1, 2010                      CELLINO & BARNES, P.C.

                                By:  _____
                                     Brian A. Goldstein, Esq.
                                     Attorneys for Plaintiff
                                     350 Main St., 25th Floor
                                     2500 Main Place Tower
                                     Buffalo, New York 14202-3725
                                     (716) 854-2020

DATED: 10/6, 2010

DLA PIPER LLP (US)

By: /S/

Matthew A. Holian, Esq.
Attorneys for Defendants
33 Arch Street, 26th Floor
Boston, Massachusetts 02110-1447
(617) 406-6009

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED

Dated: 10/14/2010

Hon. Charles R. Breyer
United States District Court